BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00216-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FOR PURPOSES OF THE SPEEDY TRIAL ACT WITH RESPECT TO DEFENDANTS RAY AND THOMAS |
| v. | |
| DESHAWN RAY, DAMION EDGERSON, and REGINALD THOMAS | |
| Defendants. | |

   Plaintiff United States of America, by and through Assistant United States Attorney Matthew Morris and Defendants, Deshawn Ray, by and through his attorney, Julius Engel, and Reginald Thomas, by and through his attorney Colin Cooper, hereby stipulate as follows:

   The parties agree that the status conference scheduled for October 11, 2012, be continued to December 6, 2012.  The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

///

///

///

1

1    Defendants Ray and Thomas are reviewing discovery and
2 investigating the case, and are in discussions with the United States
3 regarding potential resolution of the case without trial.
4    The requested continuance is not based on congestion of the
5 Court's calendar, lack of diligent preparation on the part of the
6 attorney for the government or the defense, or failure on the part of
7 the attorney for the government to obtain available witnesses.
8    For purposes of computing the date under the Speedy Trial Act by
9 which defendant's trial must commence, the parties agree that the
10 time period of October 11, 2012, to December 6, 2012, inclusive,
11 should be excluded pursuant to 18 U.S.C. Section 3161 because:
12    Under 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4, the
13 delay results from a continuance granted by the Court at the
14 defendant's request, with the agreement of the government, on the
15 basis of the Court's finding that: (i) the delay will allow defense
16 counsel reasonable time to prepare; and (ii) the ends of justice
17 served by the continuance outweigh the best interest of the public
18 and defendant in a speedy trial.

26 ///
27 ///
28 ///

**IT IS SO STIPULATED.**

DATED: October 9, 2012
/s/ Matthew Morris
MATTHEW G. MORRIS
Assistant United States Attorney

DATED: October 9, 2012
/s/ Julius Engel, (as authorized 10/9/12)
JULIUS ENGEL
Attorney for DESHAWN RAY

DATED: October 9, 2012
/s/ Colin Cooper, (as authorized 10/9/12)
COLIN COOPER
Attorney for REGINALD THOMAS

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE