COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
REGINALD THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REGINALD THOMAS, )<br>)<br>Defendant. )<br>_____ ) | No. 2:11-cr-00216-MCE<br><br>STIPULATION AND ORDER<br>TO CONTINUE SENTENCING |

   Defendant REGINALD THOMAS, by and through his attorney, Colin Cooper, the UNITED STATES, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the sentencing in the above-captioned case set for February 27, 2014 to May 1, 2014, at 9:00 a.m.

   The parties further stipulate and agree that the period from February 27, 2014 to May 1, 2014, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(iv) for the effective preparation of counsel.

   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.  Under 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4, the delay results from a continuance granted by the Court at

the defendant's request, with the agreement of the government, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. See *Bloate v. United States*, 130 S. Ct. 1345, 1357-58 (2011).

DATED: January 27, 2014                           /s/ COLIN L. COOPER
                                                  Attorney for Defendant REGINALD THOMAS

DATED: January 27, 2014                           /s/ MATTHEW MORRIS
                                                  Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the sentencing scheduled for February 27, 2014, at 9:00 a.m. is VACATED and the matter is set for sentencing on May 1, 2014, at 9:00 a.m. in Courtroom 7, and that the period from February 27, 2014 to May 1, 2014, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT