1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   COOPER LAW OFFICES
3  800 Jones Street
   Berkeley, California 94710
4  Telephone: (510) 558-8400
   Fax: (510) 558-8401
5
   Attorneys for Defendant
6  REGINALD THOMAS

7
                      UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
                         SACRAMENTO DIVISION
10

11  UNITED STATES OF AMERICA,          )      NO. 2:11-cr-00216-MCE-2
                                       )
12         Plaintiff,                  )      STIPULATION AND ORDER
                                       )      TO CONTINUE SENTENCING
13  vs.                                )
                                       )
14  REGINALD THOMAS,                   )
                                       )
15         Defendant.                  )
                                       )
16  _____)

17         Defendant REGINALD THOMAS, by and through his attorney, Colin Cooper, the UNITED

18  STATES, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and

19  agree to continue the sentencing in the above-captioned case set for May 1, 2014 to August 14,

20  2014, at 9:00 a.m.

21         The parties further stipulate and agree that the period from May 1, 2014 to August 14, 2014,

22  is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(iv)

23  for the effective preparation of counsel.

24
           The requested continuance is not based on congestion of the Court's calendar, lack of
25
26  diligent preparation on the part of the attorney for the government or the defense, or failure on the

27  part of the attorney for the government to obtain available witnesses.  Under 18 U.S.C. Section

28  3161(h)(7)(B)(iv) and local code T4, the delay results from a continuance granted by the Court at

                                              -1-

the defendant's request, with the agreement of the government, on the basis of the Court's finding

that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice

served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

See *Bloate v. United States*, 130 S. Ct. 1345, 1357-58 (2011).


DATED: April 25, 2014                              /s/ COLIN L. COOPER
                                        Attorney for Defendant REGINALD THOMAS


DATED: April 25, 2014                              /s/ MATTHEW MORRIS
                                         Assistant United States Attorney


## ORDER

    GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY

ORDERED that the sentencing scheduled for May 1, 2014, at 9:00 a.m. is vacated and the matter is

set for sentencing on August 14, 2014, at 9:00 a.m., and that the period from May 1, 2014 to August

14, 2014, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.

§3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

Dated: April 29, 2014

_____
  MORRISON C. ENGLAND, JR., CHIEF JUDGE
  UNITED STATES DISTRICT COURT