BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-216 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| REGINALD L. THOMAS, | DATE: December 11, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Reginald Thomas by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Regarding Judgment and Sentencing on August 14, 2014.

2. By this stipulation, the parties move to continue Judgment and Sentencing as to defendant Thomas to December 11, 2014.

3. The parties agree and stipulate the following:

a. Defendant Thomas entered a guilty plea to Counts 1 and 4 on September 12, 2013. The presentence investigation report was completed April 10, 2014.

b. Codefendant Deshawn Ray is set for a jury trial commencing on December 1, 2014. The government anticipates calling defendant Thomas as a witness in the trial of codefendant Ray.

c. The parties request that defendant Thomas's entry of Judgment and Sentence be continued to December 11, 2014, after the anticipated completion of the trial of co-defendant Ray.

IT IS SO STIPULATED.

DATED: August 11, 2014        /s/ Matthew G. Morris
                              MATTHEW G. MORRIS
                              Assistant United States Attorney

DATED: August 11, 2014        /s/ Colin L. Cooper (auth. 8/6/14)
                              COLIN L. COOPER
                              Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: August 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT