1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   COOPER LAW OFFICES
3  800 Jones Street
   Berkeley, California 94710
4  Telephone: (510) 558-8400
   Fax: (510) 558-8401
5
   Attorneys for Defendant
6  REGINALD THOMAS

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11  UNITED STATES OF AMERICA,              )        NO. 2:11-cr-00216-MCE
                                           )
12          Plaintiff,                     )        STIPULATION AND ORDER
                                           )        TO CONTINUE SENTENCING
13  vs.                                    )
                                           )
14  REGINALD THOMAS,                       )
                                           )
15          Defendant.                     )
                                           )
16  _____)

17          Defendant REGINALD THOMAS, by and through his attorney, Colin Cooper, the UNITED

18  STATES, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and

19  agree to continue the sentencing in the above-captioned case set for December 11, 2014 to

20  December 18, 2014, at 9:00 a.m.

21          The parties further stipulate and agree that the period from December 1, 2014 to December

22  18,  2014, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161

23  (h)(7)(iv) for the effective preparation of counsel.

24
            The requested continuance is based on the fact that Mr. Thomas' sentencing cannot take
25
    place until the trial of Deshawn Ray concludes.  That trial is expected to conclude during this week,
26
    but the parties will need time to determine their respective sentencing positions before sentencing
27
    takes place before this court.
28

DATED: December 8, 2014

/s/ COLIN L. COOPER
Attorney for Defendant REGINALD THOMAS

DATED: December 8, 2014

/s/ MATTHEW MORRIS
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY

ORDERED that the sentencing scheduled for December 11, 2014, at 9:00 a.m. is vacated and the

matter is set for sentencing on December 18, 2014, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT