COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
REGINALD THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-cr-00216-MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | ) ) | |
| REGINALD THOMAS, | ) ) | |
| Defendant. | ) ) | |

Defendant REGINALD THOMAS, by and through his attorney, Colin Cooper, the UNITED STATES, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the sentencing in the above-captioned case set for December 18, 2014 to January 8, 2015, at 9:00 a.m.

The parties further stipulate and agree that the period from December 18, 2014 to January 8, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(iv) for the effective preparation of counsel.

The requested continuance is based on the fact that the parties need more time to discuss the level of credit that Mr. Thomas should receive for his cooperation. Mr. Thomas' criminal history is unique and the defense believes that it is overstated. The parties need more time to consider Mr. Thomas' criminal history before the Government prepares a 5K1.1 letter for the court and the

defense finishes its sentencing brief.  Thus, the parties are asking to continue the sentencing until January 8, 2015.

DATED: December 15, 2014                         /s/ COLIN L. COOPER
                                                 Attorney for Defendant REGINALD THOMAS

DATED: December 15, 2014                         /s/ MATTHEW MORRIS
                                                 Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the sentencing scheduled for December 18, 2014, at 9:00 a.m. is vacated and the matter is set for sentencing on January 8, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  December 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT