COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
REGINALD THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:11-cr-00216-MCE |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. ) | |
| REGINALD THOMAS, ) | |
| Defendant. ) | |

Defendant REGINALD THOMAS, by and through his attorney, Colin Cooper, the UNITED STATES, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the sentencing in the above-captioned case set for January 8, 2015 to February 5, 2015, at 9:00 a.m.

The parties further stipulate and agree that the period from January 8, 2015 to February 5, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(iv) for the effective preparation of counsel.

The requested continuance is based on the fact that the parties need more time to discuss the level of credit that Mr. Thomas should receive for his cooperation. Mr. Thomas' criminal history is unique and the defense believes that it is overstated. The parties need more time to consider Mr. Thomas' criminal history before the Government prepares a 5K1.1 letter for the court and the

-1-

defense finishes its sentencing brief.  Thus, the parties are asking to continue the sentencing until February 5, 2015.

DATED: January 7, 2015               /s/ COLIN L. COOPER
                                     Attorney for Defendant REGINALD THOMAS


DATED: January 7, 2015               /s/ MATTHEW MORRIS
                                     Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: the sentencing scheduled for January 8, 2015, at 9:00 a.m. is vacated and the matter is set for sentencing on February 5, 2015, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  January 14, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT