BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00216 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO AMEND FILING DEADLINE FOR SENTENCING MEMORANDA |
| v. | |
| DESHAWN A. RAY, | DATE: January 21, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

　　　　The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Deshawn A. Ray, by and through counsel Scott L. Tedmon, hereby agree and stipulate as follows:

　　　　1.　　On December 10, 2015, the Court scheduled a sentencing hearing for defendant Deshawn Ray to be held on January 14, 2016.  The court also ordered that sentencing memoranda and formal objections to the presentence report shall be filed no later than January 7, 2016.

　　　　2.　　On December 22, 2015, the Court, on its own motion, vacated the January 14, 2016 hearing, and reset the sentencing hearing for January 21, 2016.

///

///

///

///

3. Counsel for the government and defendant have conferred and respectfully request that the Court extend the deadline for filing sentencing memoranda to January 14, 2016.

Dated: January 7, 2016

BENJAMIN B. WAGNER
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: January 7, 2016

/s/ SCOTT L. TEDMON
(Authorized by telephone on 1/7/16)
SCOTT L. TEDMON
Counsel for Defendant
Deshawn A. Ray

**ORDER**

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER                           2