1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-216-MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE |
| v. | DATE: October 10, 2019 |
| REGINALD THOMAS, | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit / deny hearing on October 10, 2019.

2. By this stipulation, defendant now moves to continue the hearing until November 21, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant is charged with a violation of the terms of his supervised release.

   b) The Office of the Federal Defender represented the defendant at his initial appearance on the supervised release violation, but the Court recently signed an order granting the undersigned attorney's request to resume representation of the defendant.

   c) The Court recently signed a superseding violation petition that added new

allegations against the defendant.

      d)    Counsel desires time to review the superseding violation petition, discuss the allegations with the defendant, and review the case before advising defendant on a course of action as to whether to admit or deny the allegations.

IT IS SO STIPULATED.

Dated: October 9, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: October 9, 2019

/s/ DUSTIN GORDON (auth by email 10/9/19)
DUSTIN GORDON
Counsel for Defendant
REGINALD THOMAS

## ORDER

IT IS SO ORDERED.

Dated: October 24, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE