McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-216-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING RELEASE OF DOCUMENTS; ORDER |
| v. | |
| REGINALD THOMAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant made his initial appearance on September 25, 2019. The defendant is presently in custody pending resolution in this matter.

2. By previous order, this matter is set for an admit/deny hearing on December 4, 2019.

3. The United States Probation Office for the Eastern District of California relied on certain documents in preparing the Petition for Warrant or Summons for Offender Under Supervision. Docket 331 at 6-7.

/

/

/

4. The parties request that the Court order the United States Probation Office for the Eastern District of California to provide such documents, including, for the avoidance of doubt, the Fairfield Police Department and California Highway Patrol arrest reports #1905040021 and #19-05305, to the parties.

IT IS SO STIPULATED.

Dated: November 19, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: November 19, 2019

/s/ Matthew Morris (auth. by email on 11/18/19)
DUSTIN M. GORDON
Counsel for Defendant
Reginald Thomas

## ORDER

IT IS SO ORDERED.

Dated: November 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE