1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-216-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING RELEASE OF DOCUMENTS; ORDER |
| v. | |
| REGINALD THOMAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING RELEASE OF DOCUMENTS  1

1. In addition to the police reports the Court previously ordered released (*see* ECF 345), the parties request that the Court order the United States Probation Office for the Eastern District of California to provide both parties with a copy of California Highway Patrol Arrest Report #F224-365-19, referenced on Page 8 of the Superseding Petition For Offender under Supervision (ECF 337).

IT IS SO STIPULATED.

Dated: December 4, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: December 4, 2019

/s/ Matthew Morris (auth. by email on 11/26/19)
DUSTIN M. GORDON
Counsel for Defendant
Reginald Thomas

## ORDER

IT IS SO ORDERED.

Dated: December 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE