1  MCGREGOR W. SCOTT
   United States Attorney
2  TANYA B. SYED
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-216-MCE |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER RELATING CASES** |
| v. | ) |
| | ) [EDCA L.R. 123] |
| REGINALD THOMAS, | ) |
| Defendant. | ) |

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-012-JAM |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER RELATING CASES** |
| v. | ) |
| | ) [EDCA L.R. 123] |
| REGINALD THOMAS, | ) |
| Defendant. | ) |

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Thomas,</u> Case No. 2:11-CR-216-MCE, is related to the case of <u>United States v. Thomas,</u> Case No. 2:20-CR-012-JAM, within the meaning of Local Rule 123(f) and assignment of these actions to a single district judge is likely to effect a savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(f), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Thomas</u>, Case No. 2:20-CR-012-JAM, to the Honorable Morrison C. England, Jr. and that case shall be designated "Case No. 2:20-CR-012-MCE" all dates and hearings are VACATED;

2. This matter is reset for a Status Conference on May 14, 2020, at 10:00 a.m. in courtroom 7. The parties are encouraged to file a Notice of Exclusion of Time if amenable.

3. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 25, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE