1  McGREGOR W. SCOTT
   United States Attorney
2  TANYA B. SYED
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:20-CR-012-MCE
                                          CASE NO.  2:11-CR-216-MCE
                           Plaintiff,
12                                        STIPULATION REGARDING USE OF
            v.                            VIDEOCONFERENCING DURING STATUS OF
13                                        COUNSEL HEARING; FINDINGS AND ORDER
   REGINALD THOMAS,
14                                        DATE: September 24, 2020
                           Defendant.     TIME: 10:00 a.m.
15                                        COURT: Hon. Morrison C. England, Jr.

16

17                                **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

   through defendant's counsel of record, hereby stipulate as follows:
19
           1.     This matter is set for a status of counsel hearing on September 24, 2020.
20
           2.     The Governor of the State of California declared a Proclamation of a State of Emergency
21
   to exist in California on March 4, 2020.
22
           3.     On March 13, 2020, the President of the United States issued a proclamation declaring a
23
   National Emergency in response to the COVID-19 pandemic.
24
           4.     In their continuing guidance, the Centers for Disease Control and Prevention (CDC) and
25
   other public health authorities have suggested the public avoid social gatherings in groups of more than
26
   10 people and practice physical distancing (within about six feet) between individuals to potentially
27
   slow the spread of COVID-19.  The virus is thought to spread mainly from person-to-person contact,
28
   and no vaccine currently exists.

   STIPULATION REGARDING USE OF VIDEOCONFERENCE                    1

1    5.    These social distancing guidelines – which are essential to combatting the virus – are

2    generally not compatible with holding in-person court hearings.

3    6.    On March 17, 2020, this Court issued General Order 611, noting the President and

4    Governor of California's emergency declarations and CDC guidance, and indicating that public health

5    authorities within the Eastern District had taken measures to limit the size of gatherings and practice

6    social distancing.  The Order suspended all jury trials in the Eastern District of California scheduled to

7    commence before May 1, 2020.

8    7.    On March 18, 2020, General Order 612 was issued. The Order closed each of the

9    courthouses in the Eastern District of California to the public.  It further authorized assigned district

10    court judges to continue criminal matters after May 1, 2020 and excluded time under the Speedy Trial

11    Act.  General Order 612 incorporated General Order 611's findings regarding the health dangers posed

12    by the pandemic.

13    8.    On April 16, 2020, the Judicial Council of the Ninth Circuit declared a judicial

14    emergency in this District pursuant to 18 U.S.C. § 3174(d), based on the District's "critically low

15    resources across its heavy caseload."  The report accompanying the Judicial Council's declaration

16    analyzed the public safety dangers associated with the COVID-19 pandemic and examined both the

17    District's caseload (the District currently ranks first in the Ninth Circuit and eighth nationally in

18    weighted filings) and its shortage of judicial resources.  The report further explained that a backlog of

19    cases exists that "can only start to be alleviated" when the CDC lifts its guidance regarding gatherings of

20    individuals.

21    9.    On April 17, 2020, General Order 617 was issued, continuing court closures through June

22    1, 2020 and authorizing further continuances of hearings and exclusions under the Speedy Trial Act.

23    10.    On May 13, 2020, General Order 618 was issued, continuing court closures until further

24    notice and authorizing further continuances of hearings and exclusions under the Speedy Trial Act.

25    11.    On June 29, 2020, General Order 620 was issued, authorizing the continued use of

26    videoconference for certain hearings.

27    12.    Given these facts, it is essential that Judges in this District resolve as many matters as

28    possible via videoconference and teleconference during the COVID-19 pandemic.  By holding these

STIPULATION REGARDING USE OF VIDEOCONFERENCE    2

1    hearings now, this District will be in a better position to work through the backlog of criminal and civil

2    matters once in-person hearings resume.

3         13.    The defendant has an interest in this status of counsel hearing.  Were this Court to delay

4    the status of counsel hearing until a time when the proceeding may be held in person, the defendant's

5    interest in furthering his case would be delayed.

6         14.    Given the public health restrictions on physical contact and court closures existing in the

7    Eastern District of California, conducting a status of counsel hearing by videoconference is the only

8    option at this time

9         15.    The defendant has consulted with his counsel regarding the use of videoconference for

10   this hearing.  The defendant waives his physical presence at the hearing and consents to remote hearing

11   by videoconference and counsel joins in that waiver.

12        IT IS SO STIPULATED.

13

14

15   Dated:  September 21, 2020                    MCGREGOR W. SCOTT
                                                   United States Attorney

16

17                                                /s/ TANYA B. SYED
                                                  TANYA B. SYED
                                                  Assistant United States Attorney
18

19

20   Dated:  September 21, 2020                    /s/ OLAF HEDBERG
                                                   OLAF HEDBERG
21                                                 Counsel for Defendant
                                                   REGINALD THOMAS

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION REGARDING USE OF VIDEOCONFERENCE        3

**FINDINGS AND ORDER**

1.      The Court adopts the findings above.

2.      Further, the Court specifically finds that the defendant has waived his physical presence at the hearing and consents to remote hearing by videoconference.

3.      Therefore, based on the findings above, and under the Court's authority, the status of counsel hearing in this case will be conducted by videoconference.

IT IS SO ORDERED.


Dated:  September 22, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE