McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-216-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| REGINALD THOMAS, | DATE: January 14, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit / deny hearing on January 14, 2021.

2. By this stipulation, defendant now moves to continue the admit / deny hearing until March 18, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant is charged with a violation of the terms of his supervised release, which includes a violation of a new law as alleged in *United States v. Thomas*, 2:20-CR-12-MCE. The government has represented that the discovery associated with such case includes numerous reports and related documents, photographs, audio recordings, and videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

   b) Upon defendant's request, new counsel for the defendant was appointed on December 17, 2021.  Counsel for defendant desires additional time to review the discovery, the superseding violation petition, discuss the allegations with the defendant, and review the case before advising defendant on a course of action as to whether to admit or deny the allegations.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  January 11, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ TANYA B. SYED
TANYA B. SYED
Assistant United States Attorney

Dated:  January 11, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
REGINALD THOMAS

**ORDER**

IT IS SO ORDERED.

Dated:  January 14, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE