| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | ACTING UNITED STATES ATTORNEY |
| 2 | TANYA B. SYED |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-216-MCE |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| REGINALD THOMAS, | DATE: June 10, 2021 |
| | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit / deny hearing on June 10, 2021.

2. By this stipulation, defendant now moves to continue the admit / deny hearing until July 1, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defendant is charged with a violation of the terms of his supervised release, which includes a violation of a new law as alleged in *United States v. Thomas*, 2:20-CR-12-MCE. The government has represented that the discovery associated with such case includes numerous reports and related documents, photographs, audio recordings, and videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

      b) Upon defendant's request, new counsel for the defendant was appointed on December 17, 2021. Counsel for defendant desires additional time to review the discovery, the superseding violation petition, discuss the allegations with the defendant, and review the case before advising defendant on a course of action as to whether to admit or deny the allegations. Counsel for defendant also desires additional time to prepare and file a motion in the related case.

      c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: May 18, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ TANYA B. SYED
TANYA B. SYED
Assistant United States Attorney

Dated: May 18, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
REGINALD THOMAS

**ORDER**

IT IS SO ORDERED.

Dated: May 19, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE