Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
REGINALD THOMAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>REGINALD THOMAS,<br><br>                Defendant. | Case No.: 2:11-CR-00216 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |

**STIPULATION**

Defendant Reginald Thomas by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. Defendant's Admit/Deny hearing is currently set for July 1, 2021.

2. By this stipulation, the parties now move to continue the hearing to **September 30, 2021 at 10:00AM**.

///

///

///

1

**Stipulation and Order to Continue Dispositional Hearing**

3. This continuance will allow counsel for defendant, recently appointed in the case, to adequately review the case and prepare for the hearing.

IT IS SO STIPULATED

Dated: June 29, 2021  /s/ ETAN ZAITSU
ETAN ZAITSU
Attorney for Defendant
REGINALD THOMAS

Dated: June 29, 2021  /s/ TANYA SYED
TANYA SYED
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 2, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

**Stipulation and Order to Continue Dispositional Hearing**