PHILLIP A. TALBERT
ACTING UNITED STATES ATTORNEY
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINALD THOMAS,<br><br>Defendant. | CASE NO. 2:11-CR-216-MCE<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: September 30, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit / deny hearing on September 30, 2021.

2. On September 10, 2021, the defendant filed a motion to dismiss petitions to revoke supervised release. ECF 455. The parties agreed to the following briefing schedule: government's opposition due September 27, 2021; defendant's reply due October 1, 2021; motion hearing to be heard October 7, 2021. ECF 460.

3. By this stipulation, defendant now moves to continue the admit/deny hearing to October 7, 2021, or the date upon which the Court sets defendant's motion to dismiss, because the motion to dismiss asks the court to resolve the revocation proceedings against defendant in its entirety.

STIPULATION REGARDING CONTINUANCE                                1

4. The government agrees with this request.

IT IS SO STIPULATED.

Dated: September 27, 2021      PHILLIP A. TALBERT
                                Acting United States Attorney

                                /s/ TANYA B. SYED
                                TANYA B. SYED
                                Assistant United States Attorney

Dated: September 27, 2021      /s/ ETAN ZAITSU
                                ETAN ZAITSU
                                Counsel for Defendant
                                REGINALD THOMAS

**ORDER**

IT IS SO ORDERED.

Dated: September 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CONTINUANCE            2