tan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
REGINALD THOMAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REGINALD THOMAS,<br><br>        Defendant. | Case No.: 2:11-CR-00216 MCE<br><br>**STIPULATION AND ORDER RESCHEDULING MOTION TO DISMISS AND ADMIT/DENY HEARING**<br><br>Date:   October 7, 2021<br>Time:   10:00a.m.<br>Court:  Hon. Morrison C. England, Jr. |

## STIPULATION

Defendant Reginald Thomas, by and through his counsel and record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

   1.   By previous order, defendant's motion to dismiss was scheduled for hearing on October 7, 2021, with government's response due September 27, 2021, and defendant's reply due October 1, 2021.

   2.   Defendant's admit/deny hearing was subsequently rescheduled to October 7, 2021 to align it with defendant's motion to dismiss.

   3.   By this stipulation, defendant now moves to continue the motion to dismiss and

1

**Stipulation and Order for Continuance**

the admit/deny hearing to October 21, 2021, with defendant's reply due October 14, 2021, because additional time is needed to respond to government's opposition to the motion to dismiss. Because the motion to dismiss asks the court to resolve the revocation proceedings against the defendant in its entirety, the defendant requests to move the admit/deny hearing to the same date in alignment with the motion to dismiss.

    4.    The government agrees with this request.

IT IS SO STIPULATED.

Dated: October 4, 2021                    /s/ ETAN ZAITSU

                                                 ETAN ZAITSU
                                                 Counsel for Defendant
                                                 REGINALD THOMAS

Dated: October 4, 2021                    PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 /s/ TANYA B. SYED
                                                 TANYA B. SYED
                                                 Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: October 6, 2021

                                                 MORRISON C. ENGLAND, JR
                                                 SENIOR UNITED STATES DISTRICT JUDGE

**Stipulation and Order for Continuance**