Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
REGINALD THOMAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>REGINALD THOMAS,<br><br>                Defendant. | Case No.: 2:11-CR-00216 MCE<br><br>**STIPULATION AND RESCHEDULING MOTION TO DISMISS AND ADMIT/DENY HEARING**<br><br>Date:    October 7, 2021<br>Time:   10:00a.m.<br>Court:  Hon. Morrison C. England, Jr. |

**STIPULATION**

Defendant Reginald Thomas, by and through his counsel and record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, filed October 22, 2021, a dispositional hearing was special set on November 15, 2021, before the Honorable Judge England. Dkt. 469.

2. On November 4, 2021, this case was reassigned to the Honorable Judge Mendez. Dkt. 474.

3. By this stipulation, the parties now move to continue the dispositional hearing to December 14, 2021, at 9:30am. Counsel for the defendant represents that additional time is

**Stipulation and Order for Continuance**

1 | needed to meet and confer, review the status of the case, and prepare.

2 |     4.    The government agrees with this request.

3 |     5.    Probation is available on the proposed date.

4 | IT IS SO STIPULATED.

Dated: November 10, 2021

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
REGINALD THOMAS

Dated: November 10, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ TANYA B. SYED
TANYA B. SYED
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of November. 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order for Continuance**