Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
REGINALD THOMAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>REGINALD THOMAS,<br><br>　　　　　　Defendant. | Case No.: 2:11-CR-00216 JAM<br><br>**STIPULATION AND ORDER RESCHEDULING DISPOSITIONAL HEARING** |

## STIPULATION

Defendant Reginald Thomas, by and through his counsel and record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order a dispositional hearing in this matter was continued to December 14, 2021.

2. By this stipulation, the parties now move to continue the dispositional hearing to January 18, 2022 at 9:30am. Counsel for the defendant represents that additional time is needed to discuss the issues in the case, review documents, and prepare.

///

1

**Stipulation and Order for Continuance**

3. The government agrees with this request.

4. Probation has confirmed its availability for January 18, 2022.

IT IS SO STIPULATED.

Dated: December 8, 2021                    /s/ ETAN ZAITSU
                                            ETAN ZAITSU
                                            Counsel for Defendant
                                            REGINALD THOMAS


Dated: December 8, 2021                    PHILLIP A. TALBERT
                                            Acting United States Attorney


                                            /s/ DENISE YASINOW
                                            DENISE YASINOW
                                            Assistant United States Attorney


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of December, 2021.


                                            /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order for Continuance**