Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
REGINALD THOMAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>REGINALD THOMAS,<br><br>　　　　　　　　Defendant. | Case No.: 2:11-CR-00216 JAM<br><br>**STIPULATION AND ORDER RESCHEDULING DISPOSITIONAL HEARING** |

**STIPULATION**

　　　Defendant Reginald Thomas, by and through his counsel and record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

　　　1.　　By previous order a dispositional hearing in this matter was continued to January 18, 2022.

　　　2.　　By this stipulation, the parties now move to continue the dispositional hearing to February 8, 2022 at 9:30am. Counsel for the defendant represents that additional time is needed to discuss the issues in the case, review documents, and prepare.  Additionally, counsel has filed a Motion to Reconsider, in which the parties will be requesting a hearing date on

1

**Stipulation and Order for Continuance**

February 8, 2022.

    3.    The government agrees with this request.

    4.    Probation has been notified of this request to continue to February 8, 2022.

IT IS SO STIPULATED.

Dated: January 13, 2022                  /s/ ETAN ZAITSU

                                                ETAN ZAITSU
                                                Counsel for Defendant
                                                REGINALD THOMAS

Dated: January 13, 2023                  PHILLIP A. TALBERT
                                              Acting United States Attorney

                                                /s/ DENISE YASINOW
                                                DENISE YASINOW
                                                Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of January, 2022.

                                                /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order for Continuance**