Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
REGINALD THOMAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>          v.<br><br>REGINALD THOMAS,<br><br>                         Defendant. | Case No.: 2:11-CR-00216 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE** |

**STIPULATION**

    Defendant Reginald Thomas, by and through his counsel and record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

    1.    By previous court decision, disposition of Mr. Thomas' TSR violation herein is on hold pending resolution of his related felony case in 2:20-CR-00012. Therefore, it is appropriate to continue this case to the extent it trails case 2:20-CR-00012.

    2.    Because his felony case has been continued to June 14, 2022, at 9:30 a.m., (ECF Dkt. 107), the parties request this case be continued to the same date.

    IT IS SO STIPULATED.

1

**Stipulation and Order for Continuance**

Dated:  June 2, 2022                                    /s/ ETAN ZAITSU

                                                          ETAN ZAITSU
                                                          Counsel for Defendant
                                                          REGINALD THOMAS

Dated:  June 2, 2023                                    PHILLIP A. TALBERT
                                                          Acting United States Attorney


                                                          /s/ DENISE YASINOW
                                                          DENISE YASINOW
                                                          Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 2nd day of June, 2022.

                                                          /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
                                                          UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order for Continuance**